LAW OFFICES OF NOLAN KLEIN, P.A.  ATTORNEYS & COUNSELORS

112 W. 34TH STREET, SUITE 1800
NEW YORK, NY 10016
PH: (646) 560-3230

633 S. ANDREWS AVE., SUITE 500
FORT LAUDERDALE, FL 33301
PH: (954) 745-0588

www.nklegal.com

Nolan K. Klein Esq.
klein@nklegal.com

May 4, 2021

**VIA ECF**
Honorable Sidney H. Stein
United States District Court
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED, p. 2**

    *Re:*    *Quezada v. Boss Art Culture, LLC*
             *SDNY Case No.: 1:21-cv-02143*

Dear Judge Stein:

       This law firm represents the Defendant, Boss Art Culture, LLC, in connection with the above-captioned matter. An initial pretrial conference is scheduled for May 11, 2021 at 9:30 a.m.

       Counsel for Defendant has a scheduling conflict on the same date and time. Counsel is set to appear at a previously scheduled hearing in another matter, set for the same day at 9:00 am. The case is *In re Kathleen Szabo*, Southern District of Florida Bankruptcy Court, Case. No. 21-11103-EPK.[1] In addition, yet another hearing is set in that same case at 1:00 p.m. Defendant respectfully requests that this Court adjourn the conference to an alternate date and time. This is our first request for an adjournment of this conference, and the request will not prejudice any parties or affect any other scheduled dates. Counsel for Plaintiff has no objection to the relief requested herein.

       We thank the Court for your time and consideration in this matter.

                                      Respectfully Submitted,

                                      **Law Offices of Nolan Klein, P.A.**

                                      By: */s/ Nolan Klein*
                                           NOLAN K. KLEIN, ESQ.

NKK/amd
cc: Mars Khaimov, Esq. (via ECF)

---

[1] Counsel for Defendant is filing a motion with the bankruptcy court to adjourn the 9 a.m. hearing on substantive grounds, but it is not yet clear whether that will be granted or if it will proceed.

Quezada v. Boss Art Culture, LLC, Case No.: 1:21-cv-02143

The conference is adjourned to May 13, 2021, at 10:00 a.m.

Dated: New York, New York
May 4, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.