

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor
Forest Hills, NY 11375
Tel.: 929.324.0717
Fax: 929.333.7774
E-mail: marskhaimovlaw@gmail.com

May 7, 2021

**VIA ECF**
Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

**MEMO ENDORSED**

Re: Jose Quezada v. BOSS Art Culture, LLC, Case 1:21-cv-02143-SHS

To the Honorable Judge Stein,

This office represents the Plaintiff in the above-referenced action. Respectfully, Plaintiff is submitting this letter-motion seeking an adjournment of the initial pretrial conference, currently scheduled for May 13, 2021. On May 4, 2021, Defendant's Counsel requested an adjournment of the initial conference initially scheduled for May 11, 2021, to which Plaintiff consented. Your Honor granted Defense Counsel's request, and set a new date for conference on May 13, 2021. However, Plaintiff's Counsel will be traveling on the scheduled conference date of May 13, 2021 and will be unable to attend the conference.

This is the second time this relief is being sought from the Court; although, the first request from Plaintiff. Defendant's Counsel has consented to this request. Plaintiff's proposed new date for the initial pretrial conference to take place is May 20, 2021, or any date agreeable to the Court thereafter.

Plaintiff thanks the Court for its attention and consideration to this matter.

Respectfully,

/s/ Mars Khaimov, Esq.

cc: Nolan Klein, Esq.
Defendant's Attorney

**The conference is adjourned to May 20, 2021, at 4:00 p.m.**

Dated: New York, New York
May 10, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.