UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

JOSE QUEZADA, on behalf of himself and all others similarly situated,

                Plaintiffs,

-v-

BOSS ART CULTURE, LLC,

                Defendant.

-----------------------------------------------------------------x

21-Cv-2143 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

The initial pretrial conference having been held today by telephone, with counsel for all parties participating,

IT IS HEREBY ORDERED that:

1. The last day for completion of fact discovery is July 16, 2021;

2. Plaintiffs' expert reports are due by July 30, 2021;

3. Defendant's expert reports are due by August 13, 2021;

4. The last day for completion of expert discovery is September 9, 2021; and

5. There will be a pretrial conference on September 9, 2021, at 2:30 p.m.

Dated: New York, New York
       May 28, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.