UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| JOSE QUEZADA, on behalf of himself and all others similarly situated, | : | 21-Cv-2143 (SHS) |
| | : | |
| Plaintiffs, | | ORDER |
| -v- | : | |
| BOSS ART CULTURE, LLC, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      On May 28, 2021, this Court established a discovery schedule in this matter and set a pretrial conference for September 9 at 2:30 p.m. [Doc. No. 13], and the Court accordingly prepared for that conference. On that very day, September 9 at 10:38 a.m., plaintiff filed what it called a "Notice of Settlement" stating simply that "a settlement in principle has been reached between plaintiff and defendant."

      IT IS HEREBY ORDERED that:

1. The Clerk of Court shall amend the caption to read as follows:

------------------------------------------------------------x

| | |
|---|---|
| JOSE QUEZADA, | : |
| Plaintiff, | : |
| -v- | |
| | : |
| BOSS ART CULTURE, LLC, | |
| Defendant. | : |

------------------------------------------------------------x

2. The conference scheduled for today is adjourned to November 9, 2021, at 9:00 a.m., and will take place in Courtroom 23A, unless a stipulation of dismissal with prejudice has been filed prior to November 9, 2021.

Dated: New York, New York
       September 9, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.