LAW OFFICES OF NOLAN KLEIN, P.A.  ATTORNEYS & COUNSELORS

112 W. 34TH STREET, SUITE 1800
NEW YORK, NY 10016
PH: (646) 560-3230

633 S. ANDREWS AVE., SUITE 500
FORT LAUDERDALE, FL 33301
PH: (954) 745-0588

www.nklegal.com

Nolan K. Klein Esq.
klein@nklegal.com

November 3, 2021

**VIA ECF**
Honorable Sidney H. Stein
United States District Court
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

    *Re:*   *Quezada v. Boss Art Culture, LLC*
           *SDNY Case No.: 1:21-cv-02143*

Dear Judge Stein:

    This law firm represents the Defendant, Boss Art Culture, LLC, in connection with the above-captioned matter. An initial pretrial conference is scheduled on November 9, 2021 at 9:00 a.m.

    On September 9, 2021, the parties alerted the Court that a settlement in principle had been reached and would file a stipulation of dismissal once the settlement agreement had been fully executed. Counsel for parties are finalizing execution of the agreement and request an additional ten (10) days for a notice of dismissal with prejudice to be filed. Accordingly, the parties request that the initial pretrial conference scheduled for November 9, 2021 be adjourned, or in the alternative, that Defendant's counsel, who is in Florida, be permitted to appear by telephone for the conference.

    We thank the Court for your time and consideration in this matter.

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**

By: */s/ Nolan Klein*
NOLAN K. KLEIN, ESQ.

NKK/amd
cc: Mars Khaimov, Esq. (via ECF)

**The last day to file a notice of dismissal is extended to November 23, 2021. The conference is adjourned to November 23 at 9:00 a.m. The conference will take place as a telephone conference. The parties shall dial 888-273-3658 and use access code 7004275 to join the conference.**

Dated: New York, New York
       November 3, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.